# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMART SEARCH CONCEPTS, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 13-1041-GMS |
| PC CONNECTION, INC. and GOVCONNECTION, INC., | ) **JURY TRIAL DEMANDED** ) ) ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Plaintiff Smart Search Concepts, LLC and Defendants PC Connection Inc. and GovConnection Inc. stipulate to the dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), of all the parties' claims and defenses. The dismissals shall be without prejudice. Each party shall bear its own fees and costs.

| | |
|---|---|
| STAMOULIS & WEINBLATT LLC | RICHARDS, LAYTON & FINGER, P.A. |
| */s/ Richard C. Weinblatt* | */s/ Frederick L. Cottrell, III* |
| Stamatios Stamoulis #4606 | Frederick L. Cottrell, III (#2555) |
| stamoulis@swdelaw.com | cottrell@rlf.corn |
| Richard C. Weinblatt #5080 | Katharine C. Lester (#5629) |
| weinblatt@swdelaw.com | lester@rlf corn |
| Two Fox Point Centre | One Rodney Square |
| 6 Denny Road, Suite 307 | 920 N. King Street |
| Wilmington, DE 19809 | Wilmington, DE 19801 |
| Telephone: (302) 999-1540 | (302) 651-7700 |
| *Attorneys for Plaintiff Smart Search Concepts, LLC* | Of Counsel: |
| Dated: May 20, 2014. | Eric J. Lobenfeld |
| | eric.lobenfeld@hoganlovells.com |
| | HOGAN LOVELLS US LLP |
| | 875 Third Avenue |
| | New York, NY 10022 |
| | 212-918-3000 |

RLF1 10330117v.1

Clay C. James
clay.james@hoganlovells.com
Srecko Vidmar
lucky.vidmar@hoganlovells.com
C. Matthew Rozier
matt.rozier@hoganlovells.com
Aaron S. Oakley
aaron.oakley@hoganlovells.com
HOGAN LOVELLS US LLP
One Tabor Center, Suite 1500
1200 Seventeenth Street
Denver, Colorado 80202
303-899-7300

*Attorneys for Defendants PC Connection Inc. and GovConnection Inc.*