# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMART SEARCH CONCEPTS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 13-1041-GMS |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| PC CONNECTION, INC. and ) | |
| GOVCONNECTION, INC., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

Plaintiff Smart Search Concepts, LLC and Defendants PC Connection Inc. and GovConnection Inc. stipulate to the dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), of all the parties' claims and defenses. The dismissals shall be without prejudice. Each party shall bear its own fees and costs.


STAMOULIS & WEINBLATT LLC

/s/ *Richard C. Weinblatt*
Stamatios Stamoulis #4606
stamoulis@swdelaw.com
Richard C. Weinblatt #5080
weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540

*Attorneys for Plaintiff Smart Search Concepts, LLC*

Dated: May 20, 2014.

RICHARDS, LAYTON & FINGER, P.A.

/s/ *Frederick L. Cottrell, III*
Frederick L. Cottrell, III (#2555)
cottrell@rlf.corn
Katharine C. Lester (#5629)
lester@rlf corn
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700

Of Counsel:

Eric J. Lobenfeld
eric.lobenfeld@hoganlovells.com
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022
212-918-3000

Clay C. James
clay.james@hoganlovells.com
Srecko Vidmar
lucky.vidmar@hoganlovells.com
C. Matthew Rozier
matt.rozier@hoganlovells.com
Aaron S. Oakley
aaron.oakley@hoganlovells.com
HOGAN LOVELLS US LLP
One Tabor Center, Suite 1500
1200 Seventeenth Street
Denver, Colorado 80202
303-899-7300

*Attorneys for Defendants PC Connection Inc.
and GovConnection Inc.*

SO ORDERED, this 21st day of May, 2014

_____
UNITED STATES DISTRICT JUDGE